To whom it may concern:

I liked to File a civil suit against Neuse Correctional for a Corrections Officer using excessive force that was not called for on me. I want a 1983 federal lawsuit for my civil rights. I wrote several grievances that was ignored and it was in front of the camera. I would like punitive damages for my being manhandeled. I fear for my life because even that I told Neuse about it they have the same C.O. working every weekend in my area. I want to be transferred out of this prison and want to sue the establishment for letting this happen. I have 21 months left in my sentece and all I'm asking is for justice to be served and someone to aknowledge me. Please sir or maddam help me get transferred and the money I deserve.

Sincerly

George McCauley
#1369242